# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KINTA STANTON,

                Petitioner

         v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,

                Respondent

: No. 75 EM 2016
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.